**110**

BEAUCHAMP, Judge.

The appeal is from a conviction for driving a motor vehicle while intoxicated. In as much as appellant waived a jury and entered his plea of "guilty" before the court, the court assessed his penalty at a fine of $50.

The record as brought forward contains neither a statement of facts nor bill of exception. All the proceedings appear regular and nothing is presented for review by this court.

The judgment of the trial court is affirmed.

WOODLEY, Commissioner.

Upon a plea of guilty, appellant was convicted of operating a motor vehicle on a public highway while under the influence of intoxicating liquor and was assessed a fine of $50.

No bills of exception or statement of facts appear in the record. All proceedings appearing regular and nothing being presented for review, the judgment is affirmed.

Opinion approved by the Court.

### PETERSON v. STATE.
No. 25552.

Court of Criminal Appeals of Texas.
Dec. 5, 1951.

Rehearing Denied Feb. 20, 1952.
Second Motion for Rehearing Denied
April 2, 1952.

Further Rehearing Denied April 30, 1952.
See 248 S.W.2d 130.

### LAMB v. STATE.
No. 25766.

Court of Criminal Appeals of Texas.
March 19, 1952.

No attorney on appeal for appellant.
George P. Blackburn, State's Atty., of Austin, for the State.